In the Matter of WILLIAM D. TRAUB, Appellant, against ALLEN J. GOODRICH et al., Constituting the State Tax Commission, Respondents.

Submitted October 3, 1955; decided October 13, 1955.

Motion to have appeal heard upon seven copies of the record before the Appellate Division granted.